UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14069-CV-CANNON/MCCABE

JAMES DEAN,

    Plaintiff,

v.

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON PLAINTIFF'S UNOPPOSED MOTION FOR BILL OF COSTS (DE 24)

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Bill of Costs ("Motion"), which was referred to the undersigned by United States District Judge Aileen M. Cannon (DE 21, DE 22, DE 24). For the reasons set forth below, the undersigned respectfully **RECOMMENDS** that the Motion (DE 24) be **GRANTED.**

**I.     DISCUSSION**

On February 17, 2022, Plaintiff filed the instant action against Defendant alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") (DE 1). On May 23, 2022, the parties filed a Joint Notice of Settlement (DE 23). On June 24, 2022, the parties filed a joint motion for settlement approval (DE 18). On July 5, 2022, the Court entered an order approving the parties' FLSA settlement and reserving jurisdiction on attorney's fees and costs (DE 20).

On August 4, 2022, Plaintiff filed a bill of costs seeking $402.00 for the filing fee (DE 21). Thereafter, on August 22, 2022, Plaintiff filed the instant Motion in support (DE 24). The certificate of conferral included in the Motion indicates that Defendant's counsel does not oppose

the Motion (DE 24 at 3-4).

Federal Rule of Civil Procedure 54(d)(1) allows costs to the prevailing party as a matter of course. *See, e.g.*, *Holton v. City of Thomasville Sch. Dist.*, 425 F.3d 1325, 1355 (11th Cir. 2005). Allowable costs are set forth in 28 U.S.C. § 1920 and the case law construing this statute. *See, e.g.*, *Arcadian Fertilizer, L.P. v. MPW Indus. Servs., Inc.*, 249 F.3d 1293, 1296 (11th Cir. 2001). Here, Plaintiff solely seeks to recover the clerk fees associated with filing the initial complaint (DE 21, DE 24). This filing fee is reimbursable because it falls within the scope of taxable costs under 28 U.S.C. § 1920(1). Accordingly, the undersigned recommends awarding Plaintiff $402.00 for reimbursement of the filing fee in this case.

## II. RECOMMENDATION

For the reasons stated above, the undersigned respectfully **RECOMMENDS** that the Motion (DE 24) be **GRANTED.**

## III. NOTICE OF RIGHT TO OBJECT

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Aileen M. Cannon. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of August 2022.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE